# Third District Court of Appeal

## State of Florida

Opinion filed May 24, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-709
Lower Tribunal No. F94-3193
_____

**Ricardo Perez, a/k/a Jose Lopez,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Ricardo Perez, a/k/a Jose Lopez, in proper person.

Ashley Moody, Attorney General, for appellee.


Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.